JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5254 PA | Date | July 29, 2013 |
|---|---|---|---|
| Title | In re: Desert Hot Springs Ranch, Inc. | | |
| | Bankruptcy No. 1:12-bk-21067 VK | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On July 11, 2013, appellant Desert Hot Springs Ranch, Inc. ("Appellant") filed a Notice of Appeal challenging an Order issued in the United States Bankruptcy Court for the Central District of California. The action was improvidently assigned to this Court. On July 19, 2013, the Appellant filed a Notice of Erroneous Assignment and a Statement of Election stating that Appellant elects to have the appeal heard by the Bankruptcy Appellate Panel.

Therefore, the Court reassigns this action to the Bankruptcy Appellate Panel.

IT IS SO ORDERED.